

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

BR:RWH
F.#2003R03000

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  147 Pierrepont Street
Brooklyn, New York  11201

April 19, 2005

<u>By Fax and ECF</u>
The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Caracappa and Eppolito
           <u>Criminal Docket No. 05-0192 (JBW)</u>

Dear Judge Weinstein:

     On March 10, 2005, the government unsealed an indictment charging Stephen Caracappa and Louis Eppolito with racketeering conspiracy, in violation of Title 18, United States Code, Sections 1962(c) and 1962(d), including predicate acts of murder and murder conspiracy.  On the Information Sheet, the government designated <u>United States v. Caracappa and Eppolito</u> as related to a John Doe case, pursuant to Rule 50.3(c) of the Local Rules Governing Division of Business Among District Judges.  We so designated this case because we believe that a substantial saving of judicial resources is likely to result from assigning both cases to the same judge.

     The John Doe defendant pleaded guilty in this District to an accusatory instrument charging him with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d) and 1963.  The Court is familiar with many of the facts and circumstances of that case.

     Given that the defendants in both cases were involved in substantially the same criminal activity, the factual circumstances and potential legal questions at issue would be essentially the same.  The government, therefore, submits that relating the John Doe and <u>United States v. Caracappa and Eppolito</u> cases would result in the substantial savings of judicial resources contemplated by Rule 50.3(c).  For these reasons, the government respectfully

2

submits that the John Doe case and <u>United States v. Caracappa and Eppolito</u>, be related, for the purposes of Rule 50.3(c).

                                    Respectfully yours,

                                    ROSLYNN R. MAUSKOPF
                                  United States Attorney

By: _____
     Robert W. Henoch
     Mitra Hormozi
     Assistant U.S. Attorneys
     (718) 254-6234

cc: Clerk of the Court (JBW)
    Edward Hayes, Esq.
    Bruce Cutler, Esq.