

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RH:MH:DEW
F.#2003R03000

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

February 24, 2006

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Stephen Caracappa, et al.
            Criminal Docket No. 05-192 (S-3) (JBW)

Dear Judge Weinstein:

      Enclosed, please find the revised jury questionnaire and a draft order regarding the findings the Court made at the February 10, 2006 hearing.  The parties are in agreement on both documents, except for the language of question 52 in the jury questionnaire, which the parties will address at the hearing on Monday, February 27, 2006.

                                 Respectfully submitted,

                                 ROSLYNN R. MAUSKOPF
                                 United States Attorney

                By: _____
                      Robert W. Henoch
                      Mitra Hormozi
                      Daniel E. Wenner
                      Assistant U.S. Attorneys

Enclosures

cc: Defense Counsel
    Clerk of the Court (JBW)
       (w/o enclosures)