**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2003R0300　　　　　　　　　　　　*195 Montague Street*
RWH:MH:DEW　　　　　　　　　　　　*Brooklyn, New York 11201*

　　　　　　　　　*Mailing Address*:　*147 Pierrepont Street*
　　　　　　　　　　　　　　　　　　*Brooklyn, New York 11201*

February 24, 2006

**By U.S. mail, ECF and Fax**

Mr. Bruce Cutler, Esq. and Ms. Bettina Schein, Esq.
260 Madison Avenue
20th Floor,
New York, NY 10016

Mr. Edward Hayes, Esq and Ms. Rae Koshetz, Esq.
515 Madison Avenue 30th floor
NY, NY 10022

　　　　　Re:　United States v. Caracappa and Eppolito
　　　　　　　　Criminal Docket No. 05-0192 (JBW)

Dear Counsel:

　　　　Pursuant to Giglio v. United States, the government discloses the following additional information.

　　　　As of February 1, 2006, the government has given Peter Franzone and his family approximately $21,000, for relocation, living and medical expenses. The government has also paid for his lodging since March of 2005. This Office will disclose the dollar amount spent on his lodging as soon as it becomes available.

　　　　Thomas Galpine has been involved in the following categories of criminal activity, including conspiracies and attempts to commit these crimes: narcotics trafficking, kidnaping, weapons possession, insurance fraud, interstate shipment and possession of stolen property, tax evasion, promoting prostitution and manufacture and sale of counterfeit

2

clothing.  As of February 1, 2006, the government has spent approximately $30 for meals for Galpine.

                                            Very truly yours,

                                            ROSLYNN R. MAUSKOPF
                                            United States Attorney
                                            Eastern District of New York

                            By:  _____
                                     Robert W. Henoch
                                     Mitra Hormozi
                                     Daniel E. Wenner
                                     Assistant U. S. Attorneys

cc:   Clerk of Court (JBW)