

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

RWH:MH:DEW   *One Pierrepont Plaza*
F.#2003R03000   *Brooklyn, New York  11201*

  *Mailing Address:*  *147 Pierrepont Street*
      *Brooklyn, New York  11201*

March 3, 2006

Edward Hayes, Esq.
Rae Koshetz, Esq.
515 Madison Avenue
30th Floor
New York, NY 10022
(Attorney for Stephen Caracappa)

Bruce Cutler, Esq.
Bettina Schein, Esq.
260 Madison Avenue
20th Floor
New York, NY 10016
(Attorney for Louis Eppolito)

 Re:  United States v. Stephen Caracappa, et al.
   Criminal Docket No. 05-192 (S-3)(JBW)

Dear Counsel:

 The government writes to confirm that it never received a list of potential defense witnesses from you.  Due to the late hour, the government must forward the final jury questionnaire to the copy center for reproduction of the 225 copies necessary for Monday's appearance.  If the defense intends on calling any witnesses at trial, please immediately provide us with their

Defense Counsel  
March 3, 2006  
Page 2

names, or provide 225 copies of the list to the Court on Monday morning to attach to the questionnaires.

                                Very truly yours,

                                ROSLYNN R. MAUSKOPF  
                                United States Attorney

                        By:   _____  
                                Robert W. Henoch  
                                Mitra Hormozi  
                                Daniel E. Wenner  
                                Assistant U.S. Attorneys

cc:   Clerk of the Court (JBW)