# CRIMINAL CAUSE FOR/ON JURY TRIAL

BEFORE JUDGE: **WEINSTEIN, J**    DATE: 3/6/06    TIME: 10:00

DOCKET NUMBER: CR-05-192    TITLE: USA-v- Caracappa

DEFT. NAME: Stephen Caracappa    DEFT. #: ___
__Present, __Not Present, _✓_In Custody, __On Bail

ATTY. FOR DEFT.: Edward Hayes    __C.J.A.
__Present, __Not Present    __RETAINED
   __L.A.S.(P)

DEFT. NAME: Louis Eppolito    DEFT. #: ___
__Present, __Not Present, _-_In Custody, __On Bail

ATTY. FOR DEFT.: Bruce Cutler    __C.J.A.
__Present, __Not Present    __RETAINED
   __L.A.S.(P)

DEFT. NAME: _____ DEFT. #: ___
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____    __C.J.A.
__Present, __Not Present    __RETAINED
   __L.A.S.(P)

DEFT. NAME: _____ DEFT. #: ___
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____    __C.J.A.
__Present, __Not Present    __RETAINED
   __L.A.S.(P)

DEFT. NAME: _____ DEFT. #: ___
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____    __C.J.A.
__Present, __Not Present    __RETAINED
   __L.A.S.(P)

ASST. U.S. ATTORNEY: R. Henoch et al    DEPUTY CLERK: J. Lowe

COURT REPORTER(S): R. Tolkin    ESR OPERATOR: ___

INTERPRETER(S): _____    OTHER: _____

Docket Clerks: Enter all information under CALCALLH, then enter other vital events names as needed.

✓    Case called.    (CALCALLH)

___    Jury selection ADJOURNED to _____, at _____.    (JYSELECTS or JYSELECTF)

___    JURY SELECTION HELD.    (JYSELECTH)

_____   Jury TRIAL set for _____ at _____

_____   **VOIR DIRE BEGINS**.                                    (VDIR

_____   Jurors sworn and **JURY TRIAL BEGINS**.                  (JYTB

_____   Government Opens.

_____   Defendant(s) Open(s).

_____   **JURY TRIAL HELD**.                                     (JYTF

*Jury selection ordered and begun.*

*Jury selection continued to 3/8/06.*

_____   Jury Trial **CONTINUED** to _____ at _____

_____   Jury Trial **RESUMES**.                                  (JYTR

_____   **JURY TRIAL ENDS**.                                     (JYTREN

_____   **GUILTY VERDICT** on Counts _____ ,    (JYV
         of the (superseding) Indictment/Information.

_____   **NOT GUILTY VERDICT** on Cts. _____ ,    (JYVN
         of the (superseding) Indictment/Information.

_____   **SENTENCING** set for _____ at _____ .    (SEN

_____   **REFERRED** to **PROBATION DEPT.** for PSI.

_____   Presentence Investigation Waived.

_____   Deft(s) **Remanded**.                                    (LUSCUS

_____   Deft(s) Continued on **Bail**.                      (BAILC or LRE

OTHER: _____