

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*147 Pierrepont Street*
*Brooklyn, New York 11201*

March 23, 2006

**HAND DELIVERY**
Bruce Cutler, Esq.
260 Madison Avenue. 20th Floor
New York, New York 10016

Edward Hayes, Esq.
515 Madison Avenue, 30th
New York, New York 10022

       Re: United States v. Stephen Carracappa, et al.
          Criminal Docket 05 CR.192 (S-3) (RJD)

Dear Counsel:

      Please take note that on you received 3500 material of witness Judd Bernstein 3500-JB-1, previously on March 21 2006.   If you have any questions in this regard please free to call me.

      Very truly yours,

      ROSLYNN R. MAUSKOPF
      United States Attorney

By: _____

      Samuel Noel
      Paralegal Specialist
      (718) 254-6369

Enclosures

cc: Clerk of the Court
    (without enclosures)