

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

RWH:MH:DEW
F.#2003R03000

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

March 28, 2006

Edward Hayes, Esq.
Rae Koshetz, Esq.
515 Madison Avenue
30th Floor
New York, NY 10022
(Attorney for Stephen Caracappa)

Bruce Cutler, Esq.
Bettina Schein, Esq.
260 Madison Avenue
20th Floor
New York, NY 10016
(Attorney for Louis Eppolito)

       Re:  United States v. Stephen Caracappa, et al.
            Criminal Docket No. 05-192 (S-3)(JBW)

Dear Counsel:

       The government writes to notify you that Anthony Casso purports to have information favorable to the defense.

                    Very truly yours,

                    ROSLYNN R. MAUSKOPF
                    United States Attorney

            By:  _____
                  Robert W. Henoch
                  Mitra Hormozi
                  Daniel E. Wenner
                  Assistant U.S. Attorneys

cc:  Clerk of the Court (JBW)