```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                           Cr. No. 05-192 (JBW)

LOUIS EPPOLITO and
STEPHEN CARACAPPA,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

**COUNT ONE:  RICO CONSPIRACY OFFENSE**

The defendants have been charged with RICO conspiracy. I have already instructed you on the law as it pertains to RICO conspiracy. Do you find that the defendants agreed to participate in the conduct of the affairs of an enterprise?

Defendant Eppolito            Yes _____        No _____

Defendant Caracappa           Yes _____        No _____

You are to indicate whether you find "proved" or "not proved" the defendant's <u>agreement</u> to participate in the charged racketeering acts.

**Racketeering Act One:  (Israel Greenwald)**

    A.    <u>Kidnaping Conspiracy</u>

Defendant Eppolito        Proved _____    Not Proved _____

Defendant Caracappa      Proved _____    Not Proved _____

    B.    <u>Kidnaping</u> (Aiding and Abetting Kidnaping)

Defendant Eppolito        Proved _____    Not Proved _____

Defendant Caracappa      Proved _____    Not Proved _____

    C.    <u>Murder Conspiracy</u>

Defendant Eppolito        Proved _____    Not Proved _____

Defendant Caracappa      Proved _____    Not Proved _____

    D.    <u>Murder</u> (Aiding and Abetting)

Defendant Eppolito        Proved _____    Not Proved _____

Defendant Caracappa      Proved _____    Not Proved _____

    E.    <u>Murder for Hire</u>

Defendant Eppolito        Proved _____    Not Proved _____

Defendant Caracappa      Proved _____    Not Proved _____

**Racketeering Act Two: (James Hydell)**

  A. <u>Kidnaping Conspiracy</u>

Defendant Eppolito    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

  B. <u>Kidnaping</u> (Aiding and Abetting)

Defendant Eppolito    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

  C. <u>Murder Conspiracy</u>

Defendant Eppolito    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

  D. <u>Murder</u> (Aiding and Abetting)

Defendant Eppolito    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_  Not Proved \_\_\_\_\_

**Racketeering Act Three:   (Nicholas Guido)**

    A.   <u>Criminal Facilitation</u> (Aiding and Abetting)

Defendant Eppolito                Proved _____   Not Proved _____

Defendant Caracappa              Proved _____   Not Proved _____


    B.   <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito                Proved _____   Not Proved _____

Defendant Caracappa              Proved _____   Not Proved _____

**Racketeering Act Four: (Bribery from 1987-1993)**

Defendant Eppolito                Proved _____   Not Proved _____

Defendant Caracappa              Proved _____   Not Proved _____

**Racketeering Act Five: (An Individual)**

    A.   <u>Murder Conspiracy</u>

Defendant Eppolito                Proved _____   Not Proved _____


    B.   <u>Murder</u> (Aiding and abetting)

Defendant Eppolito                Proved _____   Not Proved _____

**Racketeering Act Six: (John Otto Heidel)**

    A.  <u>Tampering with a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

    B.  <u>Retaliating Agains a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

    C.  <u>Criminal Facilitation</u> (Aiding and Abetting)

Defendant Eppolito      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

    D.  <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

**Racketeering Act Seven: (Obstruction of Justice regarding information about John "Otto" Heidel)**

Defendant Eppolito      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa    Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

**Racketeering act Eight: (Obstruction of Justice regarding information about Peter Savino)**

Defendant Eppolito          Proved _____    Not Proved _____

Defendant Caracappa         Proved _____    Not Proved _____

**Racketeering Act Nine: (Dominic Costa)**

       A.   <u>Retaliating Against a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito          Proved _____    Not Proved _____

Defendant Caracappa         Proved _____    Not Proved _____

       B.   <u>Tampering with a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito          Proved _____    Not Proved _____

Defendant Caracappa         Proved _____    Not Proved _____

**Racketeering Act Ten: (Anthony Dilapi)**

       A.   <u>Criminal Faciliation</u> (Aiding and Abetting)

Defendant Eppolito          Proved _____    Not Proved _____

Defendant Caracappa         Proved _____    Not Proved _____

       B.   <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito          Proved _____    Not Proved _____

Defendant Caracappa         Proved _____    Not Proved _____

**Racketeering Act Eleven (Obstruction of Justice regarding information about Casso and Amuso's impending arrests)**

      A.    <u>Obstruction of Justice – Vic Amuso</u>
          (Aiding and Abetting)

Defendant Eppolito        Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

      B.    <u>Obstruction of Justice – Anthony Casso</u>
          (Aiding and Abetting)

Defendant Eppolito        Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

**Racketeering Act Twelve (Bruno Facciola)**

      A.    <u>Criminal Facilitation</u> (Aiding and Abetting)

Defendant Eppolito        Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

      B.    <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito        Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

Defendant Caracappa      Proved \_\_\_\_\_    Not Proved \_\_\_\_\_

**Racketeering Act Thirteen: (Edward Lino)**

     A.    <u>Murder Conspiracy</u>

Defendant Eppolito      Proved _____    Not Proved _____

Defendant Caracappa    Proved _____    Not Proved _____

     B.    <u>Murder</u>    (Aiding and Abetting)

Defendant Eppolito      Proved _____    Not Proved _____

Defendant Caracappa    Proved _____    Not Proved _____

     C.    <u>Murder for Hire</u>

Defendant Eppolito      Proved _____    Not Proved _____

Defendant Caracappa    Proved _____    Not Proved _____

**Racketeering Act Fourteen: (Herman Tabak)**

     A.    <u>Murder Conspiracy</u>

Defendant Eppolito      Proved _____    Not Proved _____

Defendant Caracappa    Proved _____    Not Proved _____

     B.    <u>Tampering with a Witness, Victim or Informant</u>

Defendant Eppolito      Proved _____    Not Proved _____

Defendant Caracappa    Proved _____    Not Proved _____

**Racketeering Act Fifteen: (Conspiracy to Engage in Unlawful Monetary Transactions)**

Defendant Eppolito      Proved _____    Not Proved _____

**Racketeering Act Sixteen: (Money Laundering)**

Defendant Eppolito              Proved \_\_\_\_\_     Not Proved \_\_\_\_\_

**Racketeering Act Seventeen: (Narcotics Conspiracy/ Distribution)**

    A.    <u>Narcotics Conspiracy</u>

Defendant Eppolito              Proved \_\_\_\_\_     Not Proved \_\_\_\_\_

Defendant Caracappa             Proved \_\_\_\_\_     Not Proved \_\_\_\_\_

    B.    <u>Narcotics Distribution</u> (Aiding and Abetting)

Defendant Eppolito              Proved \_\_\_\_\_     Not Proved \_\_\_\_\_

Defendant Caracappa             Proved \_\_\_\_\_     Not Proved \_\_\_\_\_

    A.    Do you find that the conspiracy ended upon the Stephen Caracappa's retirement from the New York City Police Department?

        Yes \_\_\_\_\_        No \_\_\_\_

    B.    Do you find that the conspiracy ended prior to March 8, 2000?

        Yes\_\_\_\_\_        No \_\_\_\_

If you have answered "Yes" to either (A) or (B) above, you must find the defendants NOT GUILTY of COUNT ONE. Otherwise, having considered all the evidence presented at trial, please indicate whether you find the each defendant "guilty" or "not guilty" of this charge:

    LOUIS EPPOLITO:    Guilty \_\_\_\_    Not Guilty \_\_\_\_

    STEVEN CARACAPPA:    Guilty \_\_\_\_    Not Guilty \_\_\_\_

**COUNT TWO: (Money Laundering)**

Having considered the count charged, please indicate whether you find the defendant Eppolito "guilty" or "not guilty" of this charge:

Guilty \_\_\_\_    Not Guilty \_\_\_\_

**COUNT THREE: (Narcotics Conspiracy)**

Having considered the count charged, please indicate whether you find the defendants "guilty" or "not guilty" of this charge:

Defendant Eppolito:    Guilty \_\_\_\_    Not Guilty \_\_\_\_

Defendant Caracappa:   Guilty \_\_\_\_    Not Guilty \_\_\_\_

If you found either defendant guilty of Count Three, please answer the following questions:

(A) Did the conspiracy charged in Count Three involve methamphetamine?

yes \_\_\_\_    no \_\_\_\_

(B) If "yes," did the conspiracy charged in Count Three involve more than five grams of methamphetamine?

yes \_\_\_\_    no \_\_\_\_

11

**COUNT FOUR: (Narcotics Distribution) (Aiding and Abetting)**

Having considered the count charged, please indicate whether you find the defendants "guilty" or "not guilty" of this charge:

    Defendant Eppolito:      Guilty \_\_\_\_      Not Guilty \_\_\_\_

    Defendant Caracappa:    Guilty \_\_\_\_      Not Guilty \_\_\_\_

If you found either defendant guilty of Count Four, please answer the following questions:

(A) Did offense charged in Count Four involve methamphetamine?

    yes \_\_\_\_\_          no \_\_\_\_

(B) If "yes," did the offense charged in Count Four involve more than five grams of methamphetamine?

    yes \_\_\_\_\_          no \_\_\_\_

_____
Jury Foreperson