March 28, 2006

BROOKLYN OFFICE

The Honorable Jack B. Weinstein
United States District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re. United States v. Louis Eppolito and Steven Caracappa
    Criminal Docket 05cr 192

Dear Judge Weinstein:

On March 28, 2006 at the close of the trial day, members of the media requested from the government access to copy a photo of Thomas Galpine and others, at Deborah Kaplan's wedding reception. The request was denied by Assistant U.S. Attorney Robert Henoch.

The below signed reporters ask that you intercede in the matter as the photo is an exhibit in evidence, and up until this point the media has been given access to copy every photo in evidence at the trial.

Respectfully submitted,

John Marzulli, New York Daily News
Zach Haberman, New York Post
Alan Feuer, New York Times
Anthony DeStefano, Newsday