

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RWH:MH:DEW
F.#2003R03000

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

Mailing Address:  *147 Pierrepont Street*
*Brooklyn, New York  11201*

March 30, 2006

BY ECF AND FAX

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Steven Caracappa, et al.
         Criminal Docket No. 05-192 (JBW)

Dear Judge Weinstein:

    The government writes to respectfully request that the Court preclude the parties from disseminating to the press the transcript of the conference call the defendants' had with Anthony Casso until either the conclusion of the trial or until after Mr. Casso has testified, if the defendants call him to do so. The government makes this request because neither the telephone call nor the transcript of that call are in the public record, and we believe releasing the transcript at this time would be unfairly prejudicial to the government.

         Respectfully submitted,

         ROSLYNN R. MAUSKOPF
         United States Attorney

By: _____
    Robert W. Henoch
    Mitra Hormozi
    Daniel E. Wenner
    Assistant U.S. Attorney

cc:  Defense Counsel
     Clerk of the Court (JBW)