```
RWH:MH:DEW
F#2003R03000
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          Cr. No. 05 0192 (JBW) (S-3)

       - against -

STEPHEN CARACAPPA and
LOUIS EPPOLITO,

              Defendants.

- - - - - - - - - - - - - - - X

GOVERNMENT WITNESS LIST

```
Tami Ahmed
Bradley Adams
Beverly Bartzer
Judd Burstein
Cabrini Cama
Joel Campanella
Sylvia Cantwell
Pat Colgan
Steve Corso
Michael Cugno
Alphonse D'Arco
Mary Dugan
Peter Franzone
Thomas Galpine
Michael Howard
Betty Hydell
Burton Kaplan
Thomas Kneirim
Joseph Lamendola
Thomas Licatta
Thomas Limberg
Ken Luzak
Jim Lyons
Kevin O'Grady
Joseph Pagnotta
Pauline Peppitone
Joseph Piraino
```

```
Andrew Rimar
Philip Salmon
William Schaeffer
Felix Scianamea
Edward Scott
Paul Smith
Victoria Vreeland
Gary Ward
Rodolfo Wazlawik
```