FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 06 2006 ★
BROOKLYN OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES
                                                    05-CR-192
        against

LOUIS EPPOLITO and
STEPHEN CARACAPPA

------------------------------------------X
```

| | |
|---|---|
| APPENDIX A: | Verdict Form |
| APPENDIX B: | List of Government's Admitted Exhibits |
| APPENDIX C: | List of Defendant Caracappa's Admitted Exhibits |
| APPENDIX D: | List of Defendant Eppolito's Admitted Exhibits |
| APPENDIX E: | List of Government's Witnesses |
| APPENDIX F: | List of Defendant Caracappa's Witnesses |

## APPENDIX A: VERDICT FORM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                           Cr. No. 05-192 (JBW)

LOUIS EPPOLITO and
STEPHEN CARACAPPA,

                      Defendants.

- - - - - - - - - - - - - - - - - -X

**COUNT ONE: RACKETEERING CONSPIRACY OFFENSE**

      The defendants have been charged with racketeering conspiracy. You have already been instructed on the law as it pertains to racketeering conspiracy. Do you find that the defendants agreed to participate in the conduct of the affairs of an enterprise?

Defendant Eppolito         Yes ✓      No ____

Defendant Caracappa      Yes ✓      No ____

You are to indicate whether you find "proved" or "not proved" the defendant's <u>agreement</u> to participate in the charged racketeering acts.

**Racketeering Act One:** (Israel Greenwald)

    A. <u>Kidnaping Conspiracy</u>

Defendant Eppolito      Proved ✓    Not Proved _____

Defendant Caracappa    Proved ✓    Not Proved _____

    B. <u>Kidnaping</u> (Aiding and Abetting Kidnaping)

Defendant Eppolito      Proved ✓    Not Proved _____

Defendant Caracappa    Proved ✓    Not Proved _____

    C. <u>Murder Conspiracy</u>

Defendant Eppolito      Proved ✓    Not Proved _____

Defendant Caracappa    Proved ✓    Not Proved _____

    D. <u>Murder</u> (Aiding and Abetting)

Defendant Eppolito      Proved ✓    Not Proved _____

Defendant Caracappa    Proved ✓    Not Proved _____

    E. <u>Murder for Hire</u>

Defendant Eppolito      Proved ✓    Not Proved _____

Defendant Caracappa    Proved ✓    Not Proved _____

**Racketeering Act Two:** (James Hydell)

    A.    <u>Kidnaping Conspiracy</u>

Defendant Eppolito        Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

Defendant Caracappa      Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

    B.    <u>Kidnaping</u> (Aiding and Abetting)

Defendant Eppolito        Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

Defendant Caracappa      Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

    C.    <u>Murder Conspiracy</u>

Defendant Eppolito        Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

Defendant Caracappa      Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

    D.    <u>Murder</u> (Aiding and Abetting)

Defendant Eppolito        Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

Defendant Caracappa      Proved  ✓    Not Proved &#95;&#95;&#95;&#95;&#95;

**Racketeering Act Three:** (Nicholas Guido)

    A. <u>Criminal Facilitation</u> (Aiding and Abetting)

Defendant Eppolito           Proved ✓   Not Proved ____

Defendant Caracappa       Proved ✓   Not Proved ____

    B. <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito           Proved ✓   Not Proved ____

Defendant Caracappa       Proved ✓   Not Proved ____

**Racketeering Act Four:** (Bribery from 1987-1993)

Defendant Eppolito           Proved ✓   Not Proved ____

Defendant Caracappa       Proved ✓   Not Proved ____

**Racketeering Act Five:** (An Individual)

    A. <u>Murder Conspiracy</u>

Defendant Eppolito           Proved ✓   Not Proved ____

    B. <u>Murder</u> (Aiding and abetting)

Defendant Eppolito           Proved ✓   Not Proved ____

**Racketeering Act Six:** (John "Otto" Heidel)

    A. <u>Tampering with a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito         Proved ✓   Not Proved _____

Defendant Caracappa       Proved ✓   Not Proved _____

    B. <u>Retaliating Against a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito         Proved ✓   Not Proved _____

Defendant Caracappa       Proved ✓   Not Proved _____

    C. <u>Criminal Facilitation</u> (Aiding and Abetting)

Defendant Eppolito         Proved ✓   Not Proved _____

Defendant Caracappa       Proved ✓   Not Proved _____

    D. <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito         Proved ✓   Not Proved _____

Defendant Caracappa       Proved ✓   Not Proved _____

**Racketeering Act Seven:** (Obstruction of Justice regarding information about John "Otto" Heidel)

Defendant Eppolito         Proved ✓   Not Proved _____

Defendant Caracappa       Proved ✓   Not Proved _____

5

**Racketeering act Eight:** (Obstruction of Justice regarding information about Peter Savino)

Defendant Eppolito          Proved ✓    Not Proved ____

Defendant Caracappa         Proved ✓    Not Proved ____

**Racketeering Act Nine:** (Dominic Costa)

    A.  <u>Retaliating Against a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito          Proved ✓    Not Proved ____

Defendant Caracappa         Proved ✓    Not Proved ____

    B.  <u>Tampering with a Witness, Victim or Informant</u> (Aiding and Abetting)

Defendant Eppolito          Proved ✓    Not Proved ____

Defendant Caracappa         Proved ✓    Not Proved ____

**Racketeering Act Ten:** (Anthony Dilapi)

    A.  <u>Criminal Faciliation</u> (Aiding and Abetting)

Defendant Eppolito          Proved ✓    Not Proved ____

Defendant Caracappa         Proved ✓    Not Proved ____

    B.  <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito          Proved ✓    Not Proved ____

Defendant Caracappa         Proved ✓    Not Proved ____

6

**Racketeering Act Eleven** (Obstruction of Justice regarding information about Casso and Amuso's impending arrests)

    A. <u>Obstruction of Justice - Vic Amuso</u>
       (Aiding and Abetting)

Defendant Eppolito      Proved ✓    Not Proved ____

Defendant Caracappa      Proved ✓    Not Proved ____

    B. <u>Obstruction of Justice - Anthony Casso</u>
       (Aiding and Abetting)

Defendant Eppolito      Proved ✓    Not Proved ____

Defendant Caracappa      Proved ✓    Not Proved ____

**Racketeering Act Twelve** (Bruno Facciola)

    A. <u>Criminal Facilitation</u> (Aiding and Abetting)

Defendant Eppolito      Proved ✓    Not Proved ____

Defendant Caracappa      Proved ✓    Not Proved ____

    B. <u>Depraved Indifference Murder</u> (Aiding and Abetting)

Defendant Eppolito      Proved ✓    Not Proved ____

Defendant Caracappa      Proved ✓    Not Proved ____

**Racketeering Act Thirteen:** (Edward Lino)

    A.    Murder Conspiracy

Defendant Eppolito              Proved ✓    Not Proved ____

Defendant Caracappa          Proved ✓    Not Proved ____

    B.    Murder    (Aiding and Abetting)

Defendant Eppolito              Proved ✓    Not Proved ____

Defendant Caracappa          Proved ✓    Not Proved ____

    C.    Murder for Hire

Defendant Eppolito              Proved ✓    Not Proved ____

Defendant Caracappa          Proved ✓    Not Proved ____

**Racketeering Act Fourteen:** (Herman Tabak)

    A.    Murder Conspiracy

Defendant Eppolito              Proved ✓    Not Proved ____

Defendant Caracappa          Proved ✓    Not Proved ____

    B.    Tampering with a Witness, Victim or Informant

Defendant Eppolito              Proved ✓    Not Proved ____

Defendant Caracappa          Proved ✓    Not Proved ____

**Racketeering Act Fifteen:** (Conspiracy to Engage in Unlawful Monetary Transactions)

Defendant Eppolito              Proved ✓    Not Proved ____

## Racketeering Act Sixteen: (Money Laundering)

Defendant Eppolito           Proved __✓__   Not Proved _____

## Racketeering Act Seventeen: (Narcotics Conspiracy/ Distribution)

    A.   Narcotics Conspiracy

Defendant Eppolito           Proved __✓__   Not Proved _____

Defendant Caracappa          Proved __✓__   Not Proved _____

    B.   Narcotics Distribution (Aiding and Abetting)

Defendant Eppolito           Proved __✓__   Not Proved _____

Defendant Caracappa          Proved __✓__   Not Proved _____

Do you find that the conspiracy charged in Count One ended prior to March 9, 2000?

Yes_____    No __✓__

If you have answered "yes," you must find the defendants NOT GUILTY of COUNT ONE. Indicate whether you find the each defendant "guilty" or "not guilty" of the conspiracy charged in count one:

LOUIS EPPOLITO:      Guilty __✓__    Not Guilty ____

STEVEN CARACAPPA:    Guilty __✓__    Not Guilty ____

## COUNT TWO: (Money Laundering)

Indicate whether you find the defendant Eppolito "guilty" or "not guilty" of this charge:

Guilty __✓__   Not Guilty ____

## COUNT THREE: (Narcotics Conspiracy)

Indicate whether you find the defendants "guilty" or "not guilty" of this charge:

Defendant Eppolito:   Guilty __✓__   Not Guilty ____

Defendant Caracappa:  Guilty __✓__   Not Guilty ____

If you found either defendant guilty of Count Three:

(A) Did the conspiracy charged in Count Three involve methamphetamine?

Yes __✓__   No ____

(B) If "yes," did the conspiracy charged in Count Three involve more than five grams of methamphetamine?

Yes __✓__   No ____

11

## COUNT FOUR: (Narcotics Distribution) (Aiding and Abetting)

Indicate whether you find the defendants "guilty" or "not guilty" of this charge:

Defendant Eppolito:     Guilty ✓     Not Guilty ____

Defendant Caracappa:    Guilty ✓     Not Guilty ____

If you found either defendant guilty of Count Four:

(A) Did offense charged in Count Four involve methamphetamine?

Yes ✓     No ____

(B) If "yes," did the offense charged in Count Four involve more than five grams of methamphetamine?

Yes ✓     No ____

_____
Jury Foreperson

12