APPENDIX B: LIST OF ADMITTED GOVERNMENT EXHIBITS

## US V CARACAPPA, ET.AL 05 CR 0192 (JBW)

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 1A | PHOTOGRAPH OF FRANK SANTORA JR | BURTON KAPLAN | 3/14/2006 |
| 1B | PHOTOGRAPH OF STEPHEN CARACAPPA | BURTON KAPLAN | 3/14/2006 |
| 1C | PHOTOGRAPH OF LOUIS EPPOLITO | BURTON KAPLAN | 3/14/2006 |
| 1D | PHOTOGRAPH OF BURTON KAPLAN | AL D'ARCO | 3/13/2006 |
| 1E | PHOTOGRAPH OF ANTHONY CASSO | AL D'ARCO | 3/13/2006 |
| 1F | PHOTOGRAPH OF VIC AMUSO | AL D'ARCO | 3/13/2006 |
| 1G | PHOTOGRAPH OF CHRIS FURNARI | AL D'ARCO | 3/13/2006 |
| 1H | PHOTOGRAPH OF AL D'ARCO | AL D'ARCO | 3/13/2006 |
| 1J | PHOTOGRAPH OF ANTHONY DILAPI | AL D'ARCO | 3/13/2006 |
| 1K | PHOTOGRAPH OF BRUNO FACCIOLLO | AL D'ARCO | 3/29/2006 |
| 1O | PHOTOGRAPH OF JOHN OTTO HEIDEL | STIPULATION | 3/13/2006 |
| 1P | PHOTOGRAPH OF AL VISCONTI | AL D'ARCO | 3/13/2006 |
| 1Q | PHOTOGRAPH OF LAURENCE TAYLOR | AL D'ARCO | 3/29/2006 |
| 1R | PHOTOGRAPH OF JAMES BISHOP | STIPULATION | 3/29/2006 |
| 1X | PHOTOGRAPH OF ANTHONY DILAPI | STIPULATION | 3/29/2006 |
| 1Z | PHOTOGRAPH OF DOMINICK COSTA | J. CAMPANELLA | 3/29/2006 |
| 1AA | PHOTOGRAPH OF EDDIE LINO | STIPULATION | 3/29/2006 |
| 1DD | PHOTOGRAPH OF JAMES HYDELL | STIPULATION | |
| 1EE | PHOTOGRAPH OF NICHOLAS GUIDO(RIGHT) | J. CAMPANELLA | 3/29/2006 |
| 1HH | PHOTOGRAPH OF NICHOLAS GUIDO(DECEASED) | P. PEPPITONE | 3/13/2006 |
| 1II | PHOTOGRAPH OF EMERY MYRICK | BURTON KAPLAN | 3/13/2006 |
| 1JJ | PHOTOGRAPH OF JOSEPH BANDA | BURTON KAPLAN | 3/13/2006 |
| 1KK | PHOTOGRAPH OF MICHAEL GORDON | BURTON KAPLAN | 3/13/2006 |
| 1LL | PHOTOGRAPH OF KEN GIBBS | BURTON KAPLAN | 3/13/2006 |
| 1MM | PHOTOGRAPH OF THOMAS GALPINE | BURTON KAPLAN | 3/14/2006 |
| 2A-2E | NICHOLAS GUIDO CRIME SCENE PHOTOGRAPHS | M. CUGNO | 3/13/2006 |
| 3A | PHOTOGRAPH OF NICHOLAS GUIDO | P. PEPPITONE | 3/13/2006 |

1

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 4A | LCN CHART | A. D'ARCO | 3/13/2006 |
| 4B | HANDWRITTEN NUMBERS | A. D'ARCO | 3/13/2006 |
| 4C | HANDWRITTEN ADDRESS | A. D'ARCO | 3/13/2006 |
| 3500-AD-1 | SDNY COOPERATION AGREEMENT SIGNED 10/15/91 | A. D'ARCO | 3/13/2006 |
| 3500-AD-2 | SDNY COOPERATION AGREEMENT MODIFIED 5/14/92 | A. D'ARCO | 3/13/2006 |
| 6A | BURTON KAPLAN 1993 PHONEBOOK | K. O'GRADY | 3/14/2006 |
| 7A | BURTON KAPLAN 1996 PHONEBOOK | T. LINDBERGH | 3/14/2006 |
| 7B | WATCH | T. LINDBERGH | 3/14/2006 |
| 8A | PHOTOGRAPHS OF KAPLAN & GALPINE | BURTON KAPLAN | 3/14/2006 |
| 8B | PHOTOGRAPHS OF KAPLAN & GALPINE | BURTON KAPLAN | 3/14/2006 |
| 8C | PHOTOGRAPHS OF JULIUS CALDER | BURTON KAPLAN | 3/14/2006 |
| 8D | FRANK SANTORA JR. PRISON PHOTOGRAPH | BURTON KAPLAN | 3/14/2006 |
| 8E | FRANK SANTORA JR. PRISON PHOTOGRAPH | BURTON KAPLAN | 3/15/2006 |
| 8F | TAMI, FRANK & ELAINE SANTORA | BURTON KAPLAN | 3/15/2006 |
| 8G-8U | KAPLAN WEDDING PHOTOGRAPHS | BURTON KAPLAN | 3/15/2006 |
| 8V | PHOTOGRAPH OF JOSEPH BANDA | BURTON KAPLAN | 3/15/2006 |
| 8BB | PROGRESSIVE DISTRIBUTOR DOCUMENT RE:LINCOLN | BURTON KAPLAN | 3/15/2006 |
| 8CC | PRISON PHOTOGRAPHS OF FRANK & TAMI SANTORA | BURTON KAPLAN | 3/15/2006 |
| 8DD | PRISON PHOTOGRAPHS OF FRANK & TAMI SANTORA | BURTON KAPLAN | 3/15/2006 |
| 8EE | PRISON PHOTOGRAPH OF SANTORA & OTHERS | BURTON KAPLAN | 3/15/2006 |
| 8FF | PHOTOGRAPH OF 2147 85TH STREET | T. GALPINE | 3/27/2006 |
| 8GG | PHOTOGRAPH OF 2147 85TH STREET | T. GALPINE | 3/27/2006 |
| 8HH | PHOTOGRAPHS OF 595 VANDERBILT AVE | T. GALPINE | 3/27/2006 |
| 8II | PHOTOGRAPHS OF 595 VANDERBILT AVE | T. GALPINE | 3/27/2006 |
| 8JJ | PHOTOGRAPHS OF REST AREA LONG ISLAND, NY | BURTON KAPLAN | 3/15/2006 |
| 8KK | PHOTOGRAPHS OF REST AREA LONG ISLAND, NY | BURTON KAPLAN | 3/15/2006 |
| 8LL | PHOTOGRAPHS OF STATEN ISLAND CEMETERY | BURTON KAPLAN | 3/15/2006 |
| 8MM | PHOTOGRAPHS OF STATEN ISLAND CEMETERY | BURTON KAPLAN | 3/15/2006 |
| 8NN | PHOTOGRAPHS OF STATEN ISLAND, NY | BURTON KAPLAN | 3/15/2006 |
| 8OO | PHOTOGRAPHS OF STATEN ISLAND, NY | BURTON KAPLAN | 3/15/2006 |
| 8PP | PHOTOGRAPHS OF STATEN ISLAND, NY | BURTON KAPLAN | 3/15/2006 |
| 8QQ | PHOTOGRAPHS OF STATEN ISLAND, NY | BURTON KAPLAN | 3/15/2006 |
| 8RR | SCRAP OF PAPER (KAPLAN) | BURTON KAPLAN | 3/15/2006 |

2


| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 8SS | PHOTOGRAPHS OF CARACAPPA'S APARTMENT | BURTON KAPLAN | 3/15/2006 |
| 8TT | PHOTOGRAPHS OF CARACAPPA'S APARTMENT | BURTON KAPLAN | 3/15/2006 |
| 8UU | PHOTOGRAPHS OF CARACAPPA'S APARTMENT | BURTON KAPLAN | 3/15/2006 |
| 8VV | PHOTOGRAPHS OF CARACAPPA'S APARTMENT | BURTON KAPLAN | 3/15/2006 |
| 8WW | BURTON KAPLAN AGREEMENT | BURTON KAPLAN | 3/15/2006 |
| 8AAA | PHOTO OF FRANK SANTORA JR'S HOUSE | T. AHMED | 3/15/2006 |
| 8BBB | TOYS R US PHOTO BOARD | BURTON KAPLAN | 3/15/2006 |
| 8CCC | DIAGRAM OF TOYS R US | BURTON KAPLAN | 3/15/2006 |
| 8DDD | TOYS R US PHOTO BOARD | BURTON KAPLAN | 3/15/2006 |
| 8EEE | BARRY MAYERS ID | BURTON KAPLAN | 3/16/2006 |
| 8ZZ | BURT KAPLAN'S DAUGHTER'S WEDDING | T. AHMED | 3/27/2006 |
| 9A | MAJOR CASE TEAM PHOTOGRAPH | J. PIRAINO | 3/21/2006 |
| 9B | OCHU BOOK | J. PIRAINO | 3/21/2006 |
| 9C | MAJOR CASE TEAM 1989 ROSTER | J. PIRAINO | 3/21/2006 |
| 9D | MAJOR CASE TEAM 1987 ROSTER | J. PIRAINO | 3/21/2006 |
| 9E-9G | DOCUMENTS W/ S. CARACAPPA'S HANDWRITING | J. PIRAINO | 3/21/2006 |
| 9H | CARACAPPA CHANGE OF RESIDENCE OR SOCIAL CONDITION | J. PIRAINO | 3/21/2006 |
| 9I-K | DOCUMENTS W/ S. CARACAPPA'S HANDWRITING | J. PIRAINO | 3/21/2006 |
| 9J1 | PHOTOGRAPH OF ANTHONY DILAPI | J. CAMPANELLA | 3/29/2006 |
| 9L-9P | PHOTOGRAPHS OF STEPHEN CARACAPPA FROM VIDEO | J. PIRAINO | 3/21/2006 |
| 9Q | MAJOR CASE TEAM PHOTOGRAPH | J. PIRAINO | 3/21/2006 |
| 11A | OCME REPORTS RE: ISRAEL GREENWALD | B. ADAMS | 3/29/2006 |
| 11B-11I | PHOTOGRAPHS OF GREENWALD CRIME SCENE | B. ADAMS | 3/29/2006 |
| 11J | ISRAEL GREENWALD EXHUMATION BOARD | | |
| 11K-11S | I. GREENWALD AUTOPSY REPORT | B. ADAMS | 3/29/2006 |
| 11T-11U | I. GREENWALD PERSONAL EFFECTS | B. ADAMS | 3/29/2006 |
| 11V | 2232 NOSTRAND AVE VIDEOTAPE | B. ADAMS | 3/29/2006 |
| 11AA | ISRAEL GREENWALD AUTOPSY BOARD | B. ADAMS | 3/30/2006 |
| 11AAA | ISRAEL GREENWALD CRIME SCENE FILE | B. ADAMS | 3/30/2006 |
| 13A-13B | CRIME SCENE PHOTOGRAPHS OF DOMINICK COSTA | A. RIMAR | 3/14/2006 |
| 13C | CRIME SCENE BOARD OF DOMINICK COSTA | A. RIMAR | 3/14/2006 |
| 14B-14D | CRIME SCENE PHOTOGRAPHS OF PASQUALE VARRIALE | S. CANTWELL | 3/28/2006 |

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 15A-15C | CRIME SCENE PHOTOGRAPHS OF EDWARD LINO | M. DUGAN | 3/23/2006 |
| 15D | BOARD OF EDWARD LINO | | |
| 15E | CRIME SCENE SKETCH OF EDWARD LINO HOMICIDE | M. DUGAN | 3/23/2006 |
| 17B-17C | CRIME SCENE PHOTOGRAPHS OF JOHN OTTO HEIDEL | P. SALMON | 3/21/2006 |
| 18A-18C | NY EYE & EAR MEDICAL RECORDS | STIPULATION | 3/29/2006 |
| 20A | VOUCHER OF TRUNK OF CAR | STIPULATION | |
| 21A-21C | CD'S OF RECORDINGS | S. CORSO | 3/21/2006 |
| 21I | EXCERPTS OF CD RECORDINGS | S. CORSO | 3/21/2006 |
| 21E-21H | CD'S OF RECORDINGS | S. CORSO | 3/21/2006 |
| 21K | DVD OF 02-17-2005 | S. CORSO | 3/22/2006 |
| 21L | CD OF TELEPHONE CALLS LOUIS EPPOLITO CELLPHONE | | |
| 21M | CD OF TELEPHONE CALLS GUIDO BRAVATTI | S. CORSO | 3/21/2006 |
| 21N | CD OF TELEPHONE CALLS ANTHONY EPPOLITO | S. CORSO | 3/21/2006 |
| 21I-T | TRANSCRIPT OF RECORDINGS ON 21I | | |
| 22A | VOUCHER # 965372 | E. SCOTT | 3/27/2006 |
| 22B | VOUCHER # 965244 | E. SCOTT | 3/27/2006 |
| 22C | VOUCHER # 965208 | E. SCOTT | 3/27/2006 |
| 22D | VOUCHER # 965209 | E. SCOTT | 3/27/2006 |
| 22E | VOUCHER # 965210 | E. SCOTT | 3/27/2006 |
| 22F | VOUCHER # 965213 | E. SCOTT | 3/27/2006 |
| 22G | VOUCHER # 965214 | E. SCOTT | 3/27/2006 |
| 22H | VOUCHER # 965215 | E. SCOTT | 3/27/2006 |
| 22I | VOUCHER # 965216 | E. SCOTT | 3/27/2006 |
| 22J | VOUCHER # 965217 | E. SCOTT | 3/27/2006 |
| 23A-23D | MICROFICHE OF BCI CHECKS | S. RODRIGUEZ | 3/21/2006 |
| 23F | MICROFICHE OF BCI CHECKS | S. RODRIGUEZ | 3/21/2006 |
| 24A | TENANT ROSTER 12 EAST 22ND STREET | R. WAZLAWIK | 3/23/2006 |
| 24B | TENANT ROSTER 12 EAST 22ND STREET | R. WAZLAWIK | 3/23/2006 |

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 24C | TENANT ROSTER 12 EAST 22ND STREET | R. WAZLAWIK | 3/23/2006 |
| 27A | VIDEO TAPE RE: TIGER MANAGEMENT | V. VREELAND | 3/21/2006 |
| 27B | VIDEO TAPE EXCERPTS RE: TIGER MANAGEMENT | V. VREELAND | 3/21/2006 |
| 28A-28J | BID INVOICES | T. KNIERIM | 3/20/2006 |
| 32A | LETTER REQUESTING CHRIS FURNARI VISITOR LIST | J. LYONS | 3/23/2006 |
| 32C1 | FRANK SANTORA INMATE HISTORY | J. LYONS | 3/23/2006 |
| 32C2 | FRANK SANTORA INMATE HISTORY | J. LYONS | 3/23/2006 |
| 32D1 | BURTON KAPLAN INMATE HISTORY | J. LYONS | 3/23/2006 |
| 32D2 | BURTON KAPLAN INMATE HISTORY | J. LYONS | 3/23/2006 |
| 32F | BURTON KAPLAN BOP PHONE REQUEST | J. LYONS | 3/23/2006 |
| 32G | SYLVIA SCHAEFER BOP VISIT REQUEST | J. LYONS | 3/23/2006 |
| 32J | BOP SENTRY PAPERWORK | J. LYONS | 3/23/2006 |
| 32K | BOP SENTRY PAPERWORK | J. LYONS | 3/23/2006 |
| 32L | BOP SENTRY PAPERWORK | J. LYONS | 3/23/2006 |
| 33A | THOMAS GALPINE COOPERATION AGREEMENT | T. GALPINE | 3/27/2006 |
| 33B | PHOTO OF BURTON KAPLAN | T. GALPINE | 3/27/2006 |
| 34 | STIPULATION REGARDING TELEPHONE CONVERSATIONS | STIPULATION | 3/29/2006 |
| 35 | STIPULATION REGARDING NY EYE AND EAR INFIRMARY | STIPULATION | 3/29/2006 |
| 37 | STIPULATION REGARDING RESORTS CONDOMINIUMS INTERNATIONAL (RCI) | STIPULATION | 3/29/2006 |
| 38 | STIPULATION REGARDING ALLSATE INSURANCE COMPANY | STIPULATION | 3/29/2006 |
| 39 | STIPULATION REGARDING AUDIO RECORDINGS | STIPULATION | 3/29/2003 |
| 40 | STIPULATION REGARDING AMERICAN EXPRESS | STIPULATION | 3/29/2006 |
| 41A | STEPHEN CARACAPPA 110 CARD | J. CAMPANELLA | 3/29/2006 |
| 41B | ORGANIZED CRIME CONTACT SHEET | J. CAMPANELLA | 3/29/2006 |
| 41C | RETIREMENT INFORMATION BOOKLET: STEPHEN CARACAPPA | J. CAMPANELLA | 3/29/2006 |

5

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 41D | PISTOL LICENSE APPLICATION: STEPHEN CARACAPPA | J. CAMPANELLA | 3/29/2006 |
| 41E | NEW YORK COMPANY LETTER RE: LOUIS EPPOLITO | J. CAMPANELLA | 3/29/2006 |
| 41F | PROPERTY CLERK'S INVOICE RE; LOUIS EPPOLITO | J. CAMPANELLA | 3/29/2006 |
| 41G | CERTIFIED TECS RECORD | J. CAMPANELLA | 3/29/2006 |
| 41H | AMERICAN AIRLINES DOMESTIC AND INTERNATIONAL TIMETABLE | J. CAMPANELLA | 3/29/2006 |
| 41I | CD RE: CAMPANELLA DOCUMENTS | J. CAMPANELLA | 3/29/2006 |
| 41J | STEPHEN CARACAPPA TIME CARD | J. CAMPANELLA | 3/29/2006 |
| 41K | MEMO FROM CHIEF OF DETECTIVES RE: HOMICIDE UNIT | J. CAMPANELLA | 3/29/2006 |
| 41L | CONFIDENTIAL MEMO RE: ALFRED VISCONTI AND LARRY TAYLOR | J. CAMPANELLA | 3/29/2006 |
| 41M | EPPOLITO TELEPHONE RECORD | J. CAMPANELLA | 3/29/2006 |
| 41N | CERTIFIED TECS RECORDS | J. CAMPANELLA | 3/29/2006 |
| 41O | RCI RECORDS | J. CAMPANELLA | 3/29/2006 |
| 41P | SANTORA'S TELEPHONE BOOK | J. CAMPANELLA | 3/29/2006 |
| 41Q | SUBSCRIBER TELEPHONE RECORDS | J. CAMPANELLA | 3/29/2006 |
| 41R | SANTORA'S TELEPHONE BOOK AND NOTES | J. CAMPANELLA | 3/29/2006 |
| 41S | MEMORANDUM OF ORGANIZED CRIME HOMICIDE UNIT INITIATIVES | J. CAMPANELLA | 3/29/2006 |
| 41T | CARACAPPA'S ARREST RECORD | J. CAMPANELLA | 3/29/2006 |
| 41U | EPPOLITO'S ARREST RECORD | J. CAMPANELLA | 3/29/2006 |
| 41V | NUMBERS LIST, THE VARIALLE AND SANTORA HOMICIDES | J. CAMPANELLA | 3/29/2006 |
| 41W | MAJOR CASE SQUAD - STEPHEN CARACAPPA'S CONTACT LIST | J. CAMPANELLA | 3/29/2006 |
| 41X | MAJOR CASE SQUAD - ROSTER | J. CAMPANELLA | 3/29/2006 |
| 41Y | MAJOR CASE SQUAD - STEPHEN CARACAPPA'S CONTACT LIST | J. CAMPANELLA | 3/29/2006 |
| 41Z | AMERICAN AIRLINES TIMETABLE | J. CAMPANELLA | 3/29/2006 |
| 41AA | CURRENCY TRANSFER REPORT | J. CAMPANELLA | 3/29/2006 |
| 41BB | CURRENCY TRANSFER REPORT | J. CAMPANELLA | 3/29/2006 |
| 41CC | CURRENCY TRANSFER REPORT | J. CAMPANELLA | 3/29/2006 |
| 41DD | LAS VEGAS TELEPHONE BOOK 1994 | J. CAMPANELLA | 3/29/2006 |
| 41EE | LAS VEGAS TELEPHONE BOOK 1995 | J. CAMPANELLA | 3/29/2006 |
| 41FF | COPY OF LAS VEGAS TELEPHONE BOOK | J. CAMPANELLA | 3/29/2006 |
| | | | |
| 42A | ROYAL ISLANDER CLUB | STIPULATION | 3/29/2006 |
| 42B | ROYAL ISLANDER CLUB | STIPULATION | 3/29/2006 |
| 42C | ROYAL ISLANDER CLUB | STIPULATION | 3/29/2006 |
| 42H | NEW YORK POST ARTICLE DATED 9-6-1985 | J. CAMPANELLA | 3/29/2006 |
| 42I | DAILY NEWS ARTICLE DATED 3-26-1994 | J. CAMPANELLA | 3/29/2006 |
| 42J | JOHN FRATE TELEPHONE NUMBER | J. CAMPANELLA | 3/29/2006 |

6

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 42L | STEPHEN CARACAPPA'S CELLULAR TELEPHONE NUMBER | J. CAMPANELLA | 3/29/2006 |
| 42N | PHOTOGRAPH OF STEPHEN CARACAPPA AND OTHERS | J. CAMPANELLA | 3/29/2006 |
| 42O | PHOTOGRAPH OF KNIFE COLLECTION | J. CAMPANELLA | 3/29/2006 |
| 42S | PHOTOGRAPH OF KNIFE COLLECTION | J. CAMPANELLA | 3/29/2006 |
| 42T | PHOTOGRAPH OF KNIFE COLLECTION | J. CAMPANELLA | 3/29/2006 |
| 42U | PHOTOGRAPH OF KNIFE COLLECTION | J. CAMPANELLA | 3/29/2006 |
| 42V | PHOTOGRAPH OF EPPOLITO, CARACAPPA, AND VINCENT CALDERON | J. CAMPANELLA | 3/29/2006 |
| 42W | DE-AN-TONE FAX TRANSMITTAL | J. CAMPANELLA | 3/29/2006 |
| 42Y | NEW YORK STATE CORPORATE FILING RECEIPT | J. CAMPANELLA | 3/29/2006 |
| 42BB | 1830 MYRTLE ISLAND DRIVE, LAS VEGAS, NEVADA | J. CAMPANELLA | 3/29/2006 |
| 42CC | 1830 MYRTLE ISLAND DRIVE, LAS VEGAS, NEVADA | J. CAMPANELLA | 3/29/2006 |
| 42DD | 10-09-1996 LETTERS | J. CAMPANELLA | 3/29/2006 |
| 42HH | LEWIS EPPOLITO LETTER | J. CAMPANELLA | 3/29/2006 |
| 42II | ESCROW INSTRUCTIONS | J. CAMPANELLA | 3/29/2006 |
| 42LL | LEGAL DOCUMENT | J. CAMPANELLA | 3/29/2006 |
| 42MM | SETTLEMENT STATEMENT | J. CAMPANELLA | 3/29/2006 |
| 42UU | AMEX CREDIT CARD STATEMENT | J. CAMPANELLA | 3/29/2006 |
| 42VV-42WW | PHOTOGRAPH OF MAFIA COP GUN | J. CAMPANELLA | 3/29/2006 |
| 42XX | PHOTOGRAPH OF GUN COLLECTION | J. CAMPANELLA | 3/29/2006 |
| 42FFF | DAILY NEWS ARTICLE DATED 6-05-1994 WITH CARACAPPA'S HANDWRITING | J. CAMPANELLA | 3/29/2006 |
| 42GGG | CARACAPPA LETTER WITH NEWSPAPER ARTICLES | J. CAMPANELLA | 3/29/2006 |
| 42LLL | NEWS PAPER ARTICLE DATED 5-15 FROM CARACAPPA | J. CAMPANELLA | 3/29/2006 |
| 42PPP | CARACAPPA LETTER WITH DAILY NEWS ARTICLE DATED 7-20-1995 | J. CAMPANELLA | 3/29/2006 |
| 42RRR | ANTHONY EPPOLITO PHOTOGRAPH WITH CASH | J. CAMPANELLA | 3/29/2006 |
| 42SSS | GROUP PHOTO WITH ANTHONY EPPOLITO AND GUIDO BRAVATI | J. CAMPANELLA | 3/29/2006 |
| 43 | STIPULATION RE: CAESARS PALACE | K. LUZAK | 3/23/2006 |
| 44A | PHOTO BOOK TAMI SANTORA SWEET 16 PARTY | T. AHMED | 3/28/2006 |
| 44A1 | PHOTO OF TAMI SANTORA, PETER FRANZONE, PETER'S WIFE | T. AHMED | 3/28/2006 |
| 44A2 | PHOTO OF LOUIS EPPOLITO, STEPHEN CARACAPPA, TAMI, AND JACK | T. AHMED | 3/28/2006 |
| 44A3 | PHOTO OF TAMI SANTORA AND JIMMY GALIONE | T. AHMED | 3/28/2006 |
| 44B | PHOTO BOOK TAMI SANTORA SWEET 16 PARTY | T. AHMED | 3/28/2006 |
| 44B1 | PHOTO OF LOUIS EPPOLITO AND TAMI SANTORA | T. AHMED | 3/28/2006 |
| 44B2 | PHOTO OF JULIUS CALDER | T. AHMED | 3/28/2006 |

7

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 44B3 | PHOTO OF JIMMY GALIONE | T. AHMED | 3/28/2006 |
| 44B4 | PHOTO OF LOUIS EPPOLITO AND TAMI SANTORA | T. AHMED | 3/28/2006 |
| 44B5 | PHOTO OF LOUIS EPPOLITO AND WIFE | T. AHMED | 3/28/2006 |
| 44C | PHOTO BOOK TAMI SANTORA SWEET 16 PARTY | T. AHMED | 3/28/2006 |
| 44C1 | PHOTO OF PETER FRANZONE'S WIFE, ELAINE SANTORA AND FRANZONE | T. AHMED | 3/28/2006 |
| 44D | PHOTO OF ELAINE SANTORA AND WHITEY | T. AHMED | 3/28/2006 |
| 44D1 | PHOTO FROM PHOTOBOOK | T. AHMED | 3/28/2006 |
| 44D2 | PHOTO FROM PHOTOBOOK LOUIS EPPOLITO AND OTHERS | T. AHMED | 3/28/2006 |
| 44E | PHOTOGRAPH OF PETE'S BROTHER | T. AHMED | 3/28/2006 |
| 44E | PHOTO FROM PHOTOBOOK | T. AHMED | 3/28/2006 |
| 44E | PHOTO FROM PHOTOBOOK | T. AHMED | 3/28/2006 |
| 44E | PHOTO OF TAMI SANTORA AND LOUIS TUZZIO | T. AHMED | 3/28/2006 |
| 44F | FRANK SANTORA JR'S PHONE BOOK | T. AHMED | 3/27/2006 |
| 44F1-20 | COPY OF FRANK SANTORA'S PHONE BOOK | T. AHMED | 3/27/2006 |
| 44F21 | BUSINESS CARD FROM LORVILL IN LONG ISLAND | T. AHMED | 3/27/2006 |
| 45 | STIPULATION RE: LEAH GREENWALD | STIPULATION | 3/31/2006 |
| 46 | STIPULATION RE: ANNA LINO | STIPULATION | 3/29/2006 |
| 47 | STIPULATION RE: CHAUNCEY HEIDEL | STIPULATION | 3/29/2006 |
| 48 | LAS VEGAS SURVEILLANCE VIDEO | K. LUZAK | 3/23/2006 |
| 49 | STIPULATION RE: DEA CHEMIST'S ANALYSIS | STIPULATION | 3/29/2006 |
| 50 | | | |
| 51 | | | |
| 52 | | | |

8

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 53 | PHOTO ARRAY OF BURTON KAPLAN | C. CAMA | 3/23/2006 |
| 53A | MONEY LAUNDERING STIPULATION | STIPULATION | 3/31/2006 |
| 54 | CRYSTAL METHAMPHETAMINE DRUGS | STIPULATION | |
| 54A | STIPULATION RE: JAMES BISHOP CRIME SCENE | STIPULATION | 3/29/2006 |
| 55 | STIPULATION RE: LAWRENCE TAYLOR CRIME SCENE | STIPULATION | 3/29/2006 |
| 56 | PHOTOGRAPH OF 2220 & 2232 NOSTRAND AVE | P. FRANZONE | 3/28/2006 |
| 57 | PHOTOGRAPH OF 2232 NOSTRAND AVE | P. FRANZONE | 3/28/2006 |
| 58 | PHOTOGRAPH OF 2220 NOSTRAND AVE | P. FRANZONE | 3/28/2006 |
| 59 | PHOTOGRAPH 2220 & 2232 NOSTRAND AVE | P. FRANZONE | 3/28/2006 |
| 60A-D | TAMI SANTORA SWEET 16 PHOTO BOARD | T. AHMED | 3/28/2006 |
| 64 A-D | RED CAULDER WEDDING'S PHOTO BOARD DATED 8/13/1985 | T. AHMED | 3/28/2006 |
| 65 A-D | RED CAULDER'S SON'S BIRTHDAY PARTY PHOTO BOARD DATED 5/15/1987 | T. AHMED | 3/28/2006 |
| 66 A-D | PHOTO BOARD OF PASQUALE VARRIALE CRIME SCENE | S. CANTWELL | 3/28/2006 |
| 67 | PHOTO OF JOSEPH PAGNOTTA | J. PAGNOTTA | 3/28/2006 |
| 68 | PHOTO OF THOMAS LICATTA | T. LICATTA | 3/29/2006 |
| 69 | PHOTO OF PETER FRANZONE | T. LICATTA | 3/29/2006 |
| 71 | DILAPI CRIME SCENE | STIPULATION | 3/31/2006 |
| 72 | AL VISCONTI CRIME SCENE | STIPULATION | 3/31/2006 |
| 74 | PHOTO ARRAY OF LOUIS EPPOLITO | LICATA | 3/29/2006 |

9

| EXHIBIT | DESCRIPTION | WITNESS | DATE |
|---|---|---|---|
| 75 | DILAPI CRIME SCENE | STIPULATION | 3/31/2006 |
| 76 | PHOTO ARRAY OF BURTON KAPLAN | SCHAEFER | 3/29/2006 |
| 77 | PHOTO ARRAY OF LOUIS EPPOLITO | SCHAEFER | 3/31/2006 |
| 1000 | GUIDO BRAVATTI PHOTO | CORSO | 3/21/2006 |
| 3500 SC-203 | COOPERATION AGREEMENT | CORSO | 3/22/206 |
| G-O-1 | ISRAEL GREENWALD PHOTOGRAPH | STIPULATION | 3/31/2006 |
| G-O-5 | EDDIE LINO PHOTOGRAPH | STIPULATION | 3/31/2006 |
| | *TOTAL # OF EXHIBITS 255* | | |

10