## APPENDIX E: LIST OF GOVERNMENT WITNESSES

Tami Ahmed
Bradley Adams
Beverly Bartzer
Judd Burstein
Cabrini Cama
Joel Campanella
Sylvia Cantwell
Pat Colgan
Steve Corso
Michael Cugno
Alphonse D'Arco
Mary Dugan
Peter Franzone
Thomas Galpine
Michael Howard
Betty Hydell
Burton Kaplan
Thomas Kneirim
Joseph Lamendola
Thomas Licatta
Thomas Limberg
Ken Luzak
Kevin O'Grady
Joseph Pagnotta
Pauline Peppitone
Joseph Piraino
Andrew Rimar
Stephen Rodriguez
Philip Salmon
William Schaeffer
Felix Scianamea
Edward Scott
Victoria Vreeland
Gary Ward
Rodolfo Wazlawik