Re: Stephen Caracappa
Louis Eppolito
CR 05-192

4/12/06

Honorable Judge Jack Weinstein,

Please be kind to Stephen Caracappa. He is the son-in-law of a dear friend of mine who believes he is innocent and she knows him very well.

My only comment is — if the charges are true, why did Burton Kaplan wait so long to come forth with all of this information?

a concerned U.S. citizen
Nadine Dushey

FrD
JW 4/16/06

April 12, 2006

*CR 05-192*

    Your honor you are a man of great power and possess the ability to determine the fate of a man. We the people hope that your decisions are thoroughly analyzed and directed towards justice. In the case against Louis Eppolito the jury has spoken for a guilty verdict based on hearsay, Based possibly on the character of a man, not based on solid evidence or the truth. The jury decided on a guilty verdict without any hard evidence, or without hearing a defense but based solely on idle talk of crimes almost two decades old. Furthermore these confessions are spoken by known criminals with long records testifying against two highly decorated cops in an attempt to shorten their sentence.

    The injustice in this case is enormous for this day in age. The press painted a picture of guilty until proven innocent. They jumped on the story of two dirty cops, with ties to the mob. No care in sight for the pursuit of justice or truth but only the prejudice views of there reporters. The writers of these articles who persecuted these two men would be the first to take to the street in protest. The next wrong was done by our government. The technique they used to entrap Louis Eppolito through their pursuit for narcotics in an effort to establish RICO. They utilized this ploy to justify the reasoning for putting him behind bars. Its just one example of the various tactics utilized by our government in a modern day oppression of a certain ethnicity.

    Your honor I am currently a New York City Police Officer. I know first hand the elements that are needed to be pieced together before taken a man's freedom. When I am interviewing an alleged victim I look for facts, I look for evidence, I look for witnesses, I must establish probably cause to arrest. If a complainant states the she was raped last month at a party and it was never initially reported, or if there was no witnesses, no visual injuries, no DNA or serological evidence collected and the alleged suspect states that the event never happened then I have absolutely nothing. Is it possible the parties in a situation such as this know each other? The alleged victim might even be able to describe certain things about that person that only proves maybe they have met. Furthermore in this example maybe the alleged suspect is related to a known rapist. So what I still have nothing. An investigation of my complainant also reveals an extensive past of crime and deceit. All in all it's a deadlock and I still lack any solid evidence. So I ask can our judicial system incarcerate a man on cases almost two decades old of nothing more than statements by criminals trying to lessen their prison term...

    I whole heartily thank you your honor for your time. The truth will set these men free. If there is no evidence, there is no case. The future of these two men rest solely now on your decision. I hope in the end the truth is revealed, and our judicial system stands to uphold what is just.

                                                                Thank You
                                                                Michael Guarneri

*F＆P*
*JW 4/18/06*

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

CR 05-192

April 13, 2006

Dear Judge Weinstein,

    The charges brought upon Stephen Caracappa and Louis Eppolito came as a huge surprise to those who know and love them. The conviction was devastating considering that the testimony of crooked men could send these two honorable men to prison. I have known Stephen Caracappa for over 10 years and have met Louis Eppolito countless times, and could never believe they committed such heinous acts against anyone. Not only do they pride themselves on being trustworthy, but they have an all around goodness about them.

    I have been informed that you may issue a self-directed verdict of Not Guilty in this case. I am pleading with your Honor to consider this. Please do not let convicted felons send these two admirable officers to prison. Please.

Sincerely,

Dan Kinnear

*Donald Joseph*
*2848 Thistle Ct. N.*
*Palm Harbor, FL 34684*

April 11, 2006

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Louis Eppolito and Stephen Caracappa          CR 05-192

Dear Judge Weinstein,

 I am asking your Honor to consider issuing a self-directed verdict of Not Guilty in this case. All your knowledge and years as a respected Judge, you must know this verdict was wrong.

I have known Stephen Caracappa and Louis Eppolito for over 10 years and something is just not right with this case's conviction.

What a sad day in our country that the word of convicted felons making deals and being paid with tax dollars, can convict.

Please your Honor, make a difference.

Sincerely,

Donald Joseph

April 11, 2006

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Sir:

On behalf of the Caracappa family, I am pleading with the courts to reconsider the penalty given to Stephen Caracappa.

Please have mercy on Stephen Caracappa and consider issuing a self-directed verdict of not guilty.

I lived in New York during the 70's and 80's and Stephen and Monica were my best friends and there is no way he is guilty of what they have charged him with.

I remember how Stephen loved the police department and how honorable he was while on the force. He is a very strong, quiet, and laid back individual and could never do what he is accused of. He has the strongest ethics of anyone I have ever known. I remember whenever I used to go over there, when 8:00 PM came it was time for Stephen to go to bed.

He is very close to his wife and loves her very much. They are truly soul mates and very much dedicated to each other. After 20 years together, I have no idea how they will survive without each other.

What I can't understand is "What is the Motive"? Neither one needed the money cause they both were making a very good living.

I can't believe that something like this could happen to a man like Stephen – or anyone else for that matter. After reading all the articles on the internet and hearing what went on in the court, I can tell you now, my belief in the legal system has changed drastically. To believe a person like Burt Kaplan, a convicted drug dealer and more, would probably say anything to get his freedom.

I hope you will reconsider and realize that Stephen was framed.

Thank you so much.

Lois Craven

April 12, 2006

Honorable Judge Jack Weinstein
Brooklyn Courthouse, US District Court, Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Weinstein,

CR 05-192

The guilty verdict of Louis Epolito and Stephen Caracappa absolutely shocked us when we learned of it on television.

We have been their neighbors for eight years. We live a half a block away from Louis and Stephen. Stephen walked the block every morning and every afternoon and often met him during our walks. We learned that Stephen is a man who is a wonderful husband, and an understanding, compassionate and thoughtful human being. We would trust him with our most cherished loved ones.

It is a travesty that the prosecutors believe the words of Mafia convicts who made up a self-serving, vindictive tale and then did not believe those same Mafia convicts when they later recanted that same story. We respectfully urge you to overturn the guilty verdict and end the nightmare of a bad story that seems to have gone out of control.

Sincerely,

William and Carole Dunn
6350 Blank Swan Lane
Las Vegas, NV 89118

FSD
JW 4/18/06

Sid Daniels
1100 West Avenue. Apt. 1105
Miami Beach, Florida 33139

CR 05-192

April 13, 2006

To the Attention of The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brookly N.Y. 11201

I am an old friend of Steven and Monica Caracappa. They were my neighbors when I lived in New York City, 15 years ago. Knowing Stephen Caracappa as a kind family oriented man who cares about other people, I find it hard to believe that he is guilty of the crimes he is charged with. Please grant him mercy and let him walk free.

Sid Daniels

Re: Louis Eppolito and Stephen Caracappa