The Honorable Judge Jack Weinstein
Brooklyn Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 2 1 2006 ★

BROOKLYN OFFICE

April 13, 2006

Dear Judge Weinstein,      CR 05-192

    My name is Jessica Kinnear. I have known Stephen Caracappa for 9 years now and have seen what a good heart he has. The recent conviction of Stephen and Louis Eppolito came as a huge surprise to our family. How could convicted felons and crooked businessmen send these two commendable men to prison? I have a three-year-old son and am appalled by the injustice seen during this trial. What can I tell my son? The legal system works some of the time? I don't know if it does?

    I know in my heart and soul that Stephen could not have performed any of the wrong doings he has been charged with. Please consider issuing a self-directed verdict of Not Guilty and give us faith again that justice will prevail. Please do not let the men who risk their lives for the good people of the United States of America are sent to prison on the testimony of those who endanger the people. Please.

Sincerely,

*Jessica Kinnear*

Jessica Kinnear

April 13, 2006

Honorable Judge Weinstein,

CR 05-192

    I am Lou Eppolito's sister, and I am writing this letter because Louis and Steven will be in your courtroom on April 21st.

    Your honor I know this trial has been difficult. I also remember reading from the beginning of the trial how you felt about the statute of limitation in this case.

    Sir, you have it in your power to change this conviction. Please, please consider issuing a self directed verdict of not guilty.

    I truly believe that had the jurors listened to your instructions, they would only be able to have reasonable doubt.

    Theses crimes are almost two decades old and the witness gets a free pass for a life of crime.

    Lou and Steven had two very able attorneys that did not put on a defense. There is so much that the jury did not hear in their defense.

Respectfully,
Paula Guarneri

*Paula Guarneri*

F&D
JW 4/18/06

*Kathy Joseph*
*2848 Thistle Ct. N.*
*Palm Harbor, FL 34684*

April 11, 2006

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Louis Eppolito and Stephen Caracappa

Dear Judge Weinstein,

CR 05-192

It is with a sadden heart writing this letter. I am asking your Honor to consider issuing a self-directed verdict of Not Guilty in this case.

I have known Stephen Caracappa and Louis Eppolito for over 10 years and something is just not right with this case's conviction.

What a sad day in our country that the word of convicted felons making deals and being paid with tax dollars, can convict.

Please your Honor, make a difference.

Sincerely,

Kathy Joseph
Kathy Joseph

4/13/06

CR 05-192 (JBW)   F+D
                  JW 4/16/06

The Honorable Judge Jack Weinstein,

My name is John Guarneri and Louie Eppolito is my uncle. I am writing you to please overturn this guilty verdict or at very least accept an appeal motion. My uncle is a wonderful gentle and loving person who loves to tell stories. Your honor, my uncle was locked up in solitary confinement pre-trial for 5 months, he was mistreated by the press, who had him guilty from day one. The facts of the case did not prove guilt beyond a reasonable doubt. I remember sitting in your courtroom during a pretrial motion and hearing you say triple heresay on the prosecutions motion. Your honor, these 16 year old crimes are all heresay, No Evidence. If given the opportunity my father Albert Guarneri who is a retired N.Y.P.D. detective with an unblemished record can dispute much of the testimony involving James Heidel, who kidnapped, raped, and murdered Annette Dibiasi in 1986. My father was the lead Detective looking for james to charge with murder. During his investigation he discovered that James was involved with proven organized crime associates Robert Berring(ex transit cop), Nicholas Guido, Frankie Heidel, Frank saponaro, and other crime figures. James heidels uncle Dan Marino was an uprising gambino family member who was fed up with james' actions, and a meeting was set up with Dan Marino and Jimmy Faiella in referance to james crazy behavior. James Heidels own mother realized that her son and crew were in trouble that she herself took out a life insurance policy out on James, Frankie and Robert Berring assuming they would not live long. Mark Feldman and Erik Seidel worked with my father and know these facts. My fathers case folder including over 400 documented investigatory reports is now missing from the 62 pct. This folder also includes phone calls made from the Heidel residents. On the day of James Heidels disappearance Robert Berring knowing my father was the Detective on the case looking for James and him called discretely to the 62 pct. detective squad and said that James was going to Dyker Park to meet with wiseguys and robert felt that something bad was going to happen. My father was called at home on his dayoff with this information, while he was enroute to the Park two detectives including Sgt. Ponzi(father of chief investigator Ponzi at bklyn DA office)had already arrived saying that James was not at the park but two gambino hit men were. These mens names and photo 4/13/2006 s are in the missing case folder. My fathers personal notes were taken from our house by two F.B.I agents prior to the trial, he has been given no voucher, nor has this information been returned. I believe that if my uncle and his attorney had an opportunity to present a defense the outcome would have been much different. Your Honor, My father is a man who has battled cancer for ten years and is willing to help this case with his knowledge and facts. He feels that this information provided to you can help you render the right decision.

                                              thank you,
                                              John Guarneri
                                              718 317-1199



AO 89 (Rev. 11/91) Subpoena in a Criminal Case

F#: 2003R03000
GDA:RWH:vr

# United States District Court

Eastern     DISTRICT OF     New York

UNITED STATES OF AMERICA

V.

STEPHEN CARACAPPA and LOUIS EPPOLITO,

TO:                  Defendants.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-CR-192

*Albert Guarneri*
*2050 South Service Road*
*Staten Island, NY 10309*

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | Hon. Jack B. Weinstein |
| | DATE AND TIME<br>FORTHWITH |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

PLEASE PROVIDE all address books, contact lists, rolodexes, police documents, police records and photographs obtained pursuant to law enforcement investigations and phone bills and photographs of Louis Eppolito, Frank Santoro, Jimmy Eppolito, Ralph Eppolito and any other members or associates of organized crime.

```
Comply with this subpoena by providing the requested information to
Special Agent Mark Manko, Drug Enforcement Administration or Special
Agent David Wolf, Federal Bureau of Investigation.
```

SO ORDERED: _____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>ROBERT C. HEINEMANN | DATE<br>September 28, 2005 |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Robert Henoch, AUSA- One Pierrepont Plaza, Brooklyn, New York 11201. (718) 254-6234

# EX TA COP HELD IN 3 MURDERS

### Cops say he . . .
- Shot ex-wife's beau
- Kidnaped & killed girl



- Ex-transit cop Robert Bering is taken into custody yesterday by Detective Al Guarnieri after his arrest for three murders.

### By PHILIP MESSING

A HULKING ex-transit cop was charged yesterday with committing three cold-blooded murders over the past 12 months.

Robert Bering, 43, murdered his ex-wife's boyfriend, kidnaped and killed the girlfriend of a Staten Island gang member, and machine-gunned a bar owner, according to an indictment, police said.

Bering, of Daffodil Lane, Staten Island, was on the TA police force for seven years before retiring on a disability pension in 1972.

Police said the divorced father of two killed Staten Island ... was interfering with Bering's visits with his 5-year-old daughter.

The ex-cop is also charged with abducting and executing 27-year-old Annette DiBiasi of Brooklyn. He also blew away ... 

gument, police said.

"These were cold-blooded murders," said Brooklyn District Attorney Elizabeth Holtzman.

Lawmen said they first believed the killer was a member of a vicious gang that ...

involved with some of the gang's criminal activity, police said.

That gang's leader, James Hydell, was Miss DiBiasi's boyfriend. Police said he ordered her death because she knew too much about the ...

ders, major drug deals, truck hijackings and countless car thefts.

Two days before Miss DiBiasi's abduction, she testified before a grand jury hearing charges that Hydell had kidnaped and assaulted her in ...

... as she walked to work.

Her nude, decomposed body was found in February in a shallow grave in a desolate part of Staten Island.

Her ex-lover vanished last fall and police believe he was ...

a reputed Luchese mobster.

Bering also was charged with attempted murder in the Casso shooting. Police said Bering drove a car beside Casso as he walked along a street, while gang members shot ...

service — E&A Transportation — that drove handicapped kids to school.

Murder victim Trinetto was a mechanic for the company.

Bering has since quit the business, but his ex-wife still runs ...

— NEWSDAY - SAT. MAY 10TH 1986 —

# 'A Quiet Girl Someone Snatched'

By Mike McAlary

The neighborhood is quiet, but for all the wrong reasons. In recent years, Bath Beach neighbors have learned to recognize reputed mobsters and undercover FBI agents at half a block's distance. Kids grow up whispering in this section of Brooklyn.

Detectives can point to mob fingerprints smudged all along 86th Street between Bay 7th and 8th Streets. The late reputed Gambino crime boss Paul Castellano used to dine with business associates in a local restaurant, Frank DeCicco, whom police say set up Castellano's killing note that Bath Beach is also a neighborhood of regular people, of law-abiding working-class citizens. And most of them have been trying to understand why two men abducted a 27-year-old woman, Annette DiBiasi, as she walked to work 10 days ago.

Police report no clues or suspects in the April 30 kidnaping and suspect they aren't getting much help because neighbors fear a mob connection.

"We haven't gotten a single call," said Det. Albert Guarneri of the 62nd Precinct. "No ransom. No nothing. The sad thing is that we don't have any evidence that this was related to organized crime at all."

Police do have theories. Some believe the abduction may have had something to do with the nearby DeCicco bombing — that DiBasio may have seen something. Police have also walked around the corner to buy coffee, and chatted briefly with an acquaintance. As she started into her office on Bay 7th, police say two men jumped her and pushed her, screaming, into a maroon-and-white 1973 Buick Century.

"Now, I fear the worst," said her widowed mother, Lucy DiBiasi.

DiBiasi's coworkers at Homebuyers Servicing, a mortgage company, keep waiting for their receptionist to come back to work.

"This is not a neighborhood where you have random violence," said the woman's boss, who asked not to be identified. "Things usually happen in schools and had worked until recently as a cashier in a neat market. "She is just a quiet, working girl who someone snatched," Guarneri said.

Police say the 5-foot-2-inch, 101-pound woman, a redhead, apparently left a birthmark on her neck, apparently left her apartment at 25 Bay 7th Street shortly after 9 a.m. They know she



Annette DiBiasi

## 16 ★★★

# Cops see mob link in B'klyn woman's murder

THE kidnap-murder of Annette DiBiasi was the work of a violent Brooklyn-Staten Island gang linked to 10 murders and numerous hijackings, investigators said yesterday.

Alleged leader James Hydell — Miss DiBiasi's ex-boyfriend — is also believed to have been slain by his own gang.

A nude, badly decomposed body tentatively identified as that of Miss DiBiasi was found Tuesday in a shallow grave in Staten Island, after a tip led police to a desolate section near the West Shore Expressway.

She had been abducted near her home in Bensonhurst last April 30 after testifying before a grand jury hearing evidence against Hydell in another kidnap case. Police said Hydell, 28, a nephew of a reputed soldier in the Gambino crime family, vanished last fall, and authorities believe he was murdered after attempting to kill an unidentified Brooklyn mobster.

A Brooklyn grand jury is hearing evidence against at least four men from Staten Island and Brooklyn in connection with Miss DiBiasi's murder and at least four other homicides.

NEWSDAY, SATURDAY, MAY 10, 1986   NY