FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 24 2006 ★
BROOKLYN OFFICE

Dear Honorable Judge Jack Weinstein,   4/12/06

    Your honor, I send you this letter on behalf of Louis Eppolito, and the Eppolito family. My name is Gary Starcher Jr.; I am a resident of Suffolk Co. Long Island. I've know the Eppolito family since I was in junior high school. Being friends with his daughter I got to spend a lot of time with Mr. Eppolito and there is no way that he could do what he was accused of. Please review the evidence again and again if need be. You'll see that Mr. Eppolito is a good man and an even better father. Please find it in you to throw out his sentence. Thank you for your time.


Sincerely,


Gary Starcher Jr.

April 14, 2006

F+D
JW 4/20/06

Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Weinstein,

    I am writing to you in regards to the Louis Eppolito and Stephen Caracappa trial. I have followed the case throughout the pass couple of months; as well as a friend of the family. If you could please take the time to revisit the statute of limitations and overturn the verdict to dismiss the RICO charges. Thank you for taking your time to read this letter and your consideration of issuing a self directed verdict of not guilty. Thank you.

Respectfully yours,

Dana Goldberg