

# CANCER & BLOOD SPECIALISTS OF NEVADA

(702) 822-2000 • Fax (702) 938-2237

EDGAR A. FAYLONA, M.D.
MUHAMMAD S. GHANI, M.D.
RUSSELL P. GOLLARD, M.D., F.A.C.P.
DHAN D. KAUSHAL, M.D.
GILBERT M. NYAMUSWA, M.D.
HYO-JONG PARK, M.D.
RAM RATNASABAPATHY, M.D.
M. EMELINA B. QUISUMBING, M.D.

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 25 2006 ★
BROOKLYN OFFICE

Dear Judge Weinstein:

We are writing on behalf of defendants Stephen Caracappa and Louis Eppolito. We were neighbors and friends of both families and are shocked and saddened by what we believe to be an unjust and untrue verdict.

We moved to Las Vegas in 1996 from San Diego where we were employed as medical professionals (physician and nurse) at Scripps Clinic. The characterizations which we believe were produced in court and later promulgated by the press are untrue and demand response. Both of these men were excellent neighbors and reliable friends. Mr. Eppolito could not afford to landscape his home for many years and worked for a car dealership as well as a writer of speculative scripts and other writing projects. He could often be seen working in his garage at the word processor, back to the open garage, hard at work on works he hoped to sell. Louis lived with his wife, his mother in law and children. He was always a decent, hard-working man and we find it impossible to believe what was said about him in a court of law.

We are similarly aghast at the verdict delivered on Stephen Caracappa. Stephen was an extremely decent friend and neighbor, and avid race-walker, bike rider and sometime weight lifter. Hardly a habitué of the Las Vegas Nightlife, he was usually to be seen only when he was exercising or socializing with neighbors in the small compound where we all lived. Again, we find it difficult to square the individual we know with the monster portrayed in court and through the press.

We realize that the charges are serious and that we cannot possibly know everything that the jury saw, but we do know something of human nature. These men are simple, honest and decent men. They are not killers.

Respectfully,

Lisa Gollard, MSN, RN

Russell Gollard, M.D. FACP

Main Office • 58 N. Pecos • Henderson, NV  89074
Satellite Locations
6190 S. Fort Apache • Las Vegas, NV  89148
3211 W. Charleston • Las Vegas, NV  89102
2755 Silver Creek Rd. Bldg. D, #125 • Bullhead City, AZ  86442



4.15.06

Judge Jack Weinstein
Brooklyn Courthouse
U.S. District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y 11201

Judge Weinstein,

Stephen Caracappa has been our neighbor for over 10 years. He is a quiet & kind man who walks daily to maintain his health. He has always been willing to help when a neighborhood situation would come up.

It really feels that the accusations made against him couldn't be true. His personality is not consistent in any way with the crimes he has been accused of.

We respect the law, but ask that you please carefully review the details of this case.

Thank you,
Miguel & Suzanne Garcia

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 19, 2006

    I am writing on behalf of my brother-in-law Stephen Caracappa and Louis Eppolitto. They were both crucified by the media and found guilty before the trial ever began. They are innocent of these horrendous crimes that they have been accused and indicted on. They were set up and arrested on hearsay. The government is willing to pay ten million for a trial on the word of to low life people who have admitted to murder and drug dealing to frame two innocent people. Their lives and the lives of the families have been destroyed. Not one person who testified has creditability. I have never seen such injustice in my life. I have lost faith in the government and the judicial system. Stephen is not a murderer or drug dealer. In the twenty-six years that I have known Stephen, I know that he is totally against drugs and could never sell or conspire to sell them.

    They are accused of being high rollers and living the life of luxury in Las Vegas. The media implied that they lived in these estates. They live in ordinary homes. When they purchased their homes they were half the price of what a home in New York would cost. The price of homes has more than doubled in Las Vegas, so now they are accused of living in luxury. Stephen is accused of wearing thousand dollar suits. However, his wife had a career working and traveling Asia in the fashion industry. She was able to design and purchase his suits for two hundred dollars. Stephen was and is still a man of honor and integrity. He would never disgrace his badge or his family. He loved his police career and worked hard at achieving all that he did. He was a Vietnam veteran who served his country.

    Stephen and Louie were open targets and could have easily been set up. After Louie wrote his book "Mafia Cop", Anthony Casso & Burt Kaplan plotted together to bring down two innocent people. If you sentence them to life in prison, justice will not have been served. Instead two criminals will have had the last laugh. Detectives and FBI agents will make thousands of dollars on book deals. Movies will be made and real justice will not be served.

    Stephen and Louie are target hits for any allegations of any past crime that was never solved. Why not just hand out numbers and have every low life dug dealer take one and pin their life crime on Stephen and Louie. These accusations are like something out of a movie. They get more and more bizarre. They are like a nightmare that you can't make up because none of them are true.



      I may no longer be married to Stephen Caracappa's brother, but he will always be my brother-in-law that I respect and will always believe in his innocence.

      Judge Weinstein please let this nightmare end for them. Do not sentence them to life. Please let the real justice be served. I would like to restore my faith in the judicial system.

Sincerely yours,

Italia Caracappa