*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York 11201*

April 28, 2006

**By ECF and Fax**
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Steven Caracappa, et al.
           Criminal Docket No. 05-192 (JBW)

Dear Judge Weinstein:

      The government writes to seek clarification from the Court regarding the May 3, 2006 hearing. The government understands that defense counsel will be submitting their written motions for a judgment of acquittal on or by May 3, 2006. Because the Court scheduled a hearing on the motions for that same date, the government will not have an opportunity to file a written response to the defendants' motions. Accordingly, the government respectfully requests that the Court grant the government one week to file a written response to the defendants' motions prior to holding a hearing on such motions.

                                  Respectfully submitted,

                                  ROSLYNN R. MAUSKOPF
                                  United States Attorney

                    By:  _____
                            Robert W. Henoch
                            Mitra Hormozi
                            Daniel E. Wenner
                            Assistant U.S. Attorney

cc:  Defense Counsel
    Clerk of the Court (JBW)