Honorable Jack Weinstein.
U.S. District Courthouse
225 Cadman Plaza
Brooklyn, NY, 11201

May 11, 2006

CR 05-192 (JBW)

Dear Judge Weinstein.

I would truly appreciate your honor taking time to read the truth about detectives. Eppolito and Caracappa. I am not writing this letter in malice towards the government. Although the jury has found the detectives guilty, it was done solely on misleading evidence, and the worse case scenario imaginable of purely mistaken identities, by government witnesses. Judge, if I had been called by the defense to testify on their behalf. The detectives would have not been found guilty, is my true belief. because of poor judgement on behalf of their defense team, I was never interviewed after I had contacted Mr. Hayes office by phone. This action has made it impossible for the defense to properly and truthfully crossexamine the governments witnesses.

In 1997, the late and beloved, Honorable Eugene Nickerson, had advised the government in his court. That he had every intention of scheduling an evidentiary hearing, on the governments bad faith, and fraudulently introduced Casso into his cooperation agreement. The very next day the government had Judge Nickerson recused, solely on the pretext, that Casso was involved in a plot to kill the judge. This statement was totally untrue.

continued.

Page 2.

what had really happened, was that Casso had informed the government in 1994, to warn Nickerson of a possible plot to kill him, which the government never brought to the attention of the Judge. Until a pretext was desperately needed.

Your Honor, I can assure you that I am, in no way the monstrous person, that the government had their witnesses portray me to be in your court.

Eppolito and Caracappa, would have never been wrongfully charged if Judge Nickerson was allowed to give me, the evidentiary hearing, that would have also exposed the government's false and coerced accusations against the detectives, and their many other misdeeds.
  I have never paid any N.Y.P.D. detectives 4 thousand dollars a month, this is an established fact in my 302 papers.

Respectfully Yours
Mr. Anthony Casso Sr.