*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

F#2003R0300  *One Pierrepont Plaza*
RWH:MH:DEW  *Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

May 31, 2006

**By ECF and Fax**
The Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Caracappa and Eppolito
            Criminal Docket No. 05-0192 (JBW) (S-3)

Dear Judge Weinstein:

      On May 19, 2006, the government wrote to provide the court with a list of certain family members who wish to address the Court at the sentencing in the above-captioned case. Vincent Manascalco, the Uncle of Pasqualle Varialle, has also asked to address the Court pursuant to Rule 32(4)(B) of the United States Code.

                                      Respectfully submitted,

                                      ROSLYNN R. MAUSKOPF
                                      United States Attorney

                      By: _____
                                      Robert W. Henoch
                                      Mitra Hormozi
                                      Daniel Wenner
                                      Assistant U.S. Attorneys

cc: Joseph Bondy, Esq.
    Edward Hayes, Esq.
    Rae Koshetz, Esq.
    Dan Noble, Esq.