UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES

          – against –

LOUIS EPPOLITO and
STEPHEN CARACAPPA

----------------------------------X

ORDER
05-CR-192

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 07 2006 ★

BROOKLYN OFFICE

Jack B. Weinstein, Senior United States District Judge:

    By letter dated today, defendant Louis Eppolito seeks an order that Anthony Casso be produced at the June 23, 2006 evidentiary hearing. Mr. Casso has no evidence relevant to the issues before the court. The motion is denied.

SO ORDERED.

_____
Jack B. Weinstein

Dated: May 26, 2006
      Brooklyn, New York

