## CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** WEINSTEIN, J.  **DATE:** 6/5/06  **TIME:** 2 pm

**DOCKET NUMBER:** CR 05-192  **DEFT. NUMBER:** ___

**DEFENDANT:** Stephen Caracappa
☑ Present  ☐ Not Present  ☐ In Custody  ☐ On Bail

**ATTORNEY FOR DEFT.:** Daniel Nobel
☑ C.J.A.  ☐ Retained  ☐ Legal Aid/PD

**ASST. U.S. ATTORNEY:** R. Henoch; M. Komoyi; D. Werner

**COURTROOM DEPUTY:** JUNE P. LOWE  Ext. 2525  **INTERPRETER:** ___

**COURT REPORTER:** M. Brymer

**TAPE NUMBER:** ___

**SENTENCE:** Life imprisonment on ct 1; 40 yrs. on ct. 3; 40 yrs. on ct. 4 to be served concurrently. 5 yrs. supervised release.

**DEFT. SENTENCED ON COUNTS:** ___

**OPEN COUNTS DISMISSED:** ___  ☐ On Govt.'s Motion,  ☐ On Ct.'s Mot.

**FINE:** $1,000,000  **SPECIAL ASSESSMENT:** $300.00

**SPECIAL CONDITIONS OF SUPERVISION:** ___

**IS SENTENCE STAYED?** ☑ Yes  ☐ No  **STAYED UNTIL:** The court decides pending motions

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]