# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** WEINSTEIN, J.  **DATE:** 6/5/06  **TIME:** 10:00 a.m.

**DOCKET NUMBER:** CR 05-192  **DEFT. NUMBER:** ___

**DEFENDANT:** Louis Eppolito

___ Present  ___ Not Present  ✓ In Custody  ___ On Bail

**ATTORNEY FOR DEFT.:** Joseph Bondy; Beth Citron
___ C.J.A.  ___ Retained  ___ Legal Aid/PD

**ASST. U.S. ATTORNEY:** R. Henoch; M. Howaga; D. Wenner

**COURTROOM DEPUTY:** JUNE P. LOWE  **INTERPRETER:** ___
Ext. 2525

**COURT REPORTER/~~ESR OPERATOR~~:** M. Brymer

**TAPE NUMBER:** ___

**SENTENCE:** Life imprisonment on count 1; 20 yrs. on ct. 2; 40 yrs. on ct. 3; 40 yrs. on ct. 4 to be served concurrently. 5 yrs. supervised release.

**DEFT. SENTENCED ON COUNTS:** ___

**OPEN COUNTS DISMISSED:** ___ On Govt.'s Motion,  ___ On Ct.'s Mot.

**FINE:** $1,000,000  **SPECIAL ASSESSMENT:** $400.00

**SPECIAL CONDITIONS OF SUPERVISION:** ___

**IS SENTENCE STAYED?** ✓ Yes  ___ No  **STAYED UNTIL:** The court decides pending motions.

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]