

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JB:EMN
F.#2000R03000

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 5, 2009

By ECF

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Stephen Caracappa, et al.
        Criminal Docket No. 05-192 (JBW)

Dear Judge Weinstein:

    The government respectfully writes to advise that the following victims have indicated that they wish to speak at the sentencing tomorrow:

    Danielle Lino, daughter of Edward Lino

    Yael Pearlman, daughter of Israel Greenwald

    It is anticipated that many other victims will be present for the sentencing, and may decide at that time that they wish to be heard.

        Respectfully submitted,

        BENTON J. CAMPBELL
        United States Attorney
        Eastern District of New York

    By: /S/ John Buretta
        John Buretta
        Evan M. Norris
        Assistant U.S. Attorneys
        (718) 254-6314/6376

cc: Daniel Nobel, Esq. (by ECF)
    Joseph Bondy, Esq. (by ECF)
    Clerk of Court (JBW) (by ECF)