```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. |
| v. ) | CR-05-0192 (JBW) |
| ) | |
| LOUIS EPPOLITO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| NEW YORK CITY POLICE PENSION FUND, ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, including nonexempt disposable earnings, in which the Defendant-Judgment Debtor LOUIS EPPOLITO ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $4,250,400.00, plus interest, entered in <u>United States v. Louis Eppolito</u>, CR-05-0192 (E.D.N.Y.).

The sum of $300.00 has been credited toward the judgment, leaving a total balance due of $4,868,181.20, including interest as of December 14, 2012. Interest is continuing to accrue.

Debtor's last known address is: USP-Tucson, 9300 S. Wilmot Road, Tucson, AZ 85706.

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

> New York City Pension Fund
> 233 Broadway, 19th Fl.
> New York, NY 10279

Dated: Brooklyn, New York
       December 14, 2012

> LORETTA E. LYNCH
> United States Attorney
>
> By: *s/Beth P. Schwartz*
> BETH P. SCHWARTZ
> Assistant U.S. Attorney
> (718) 254-6017