

**United States District Court**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

JACK B. WEINSTEIN
SENIOR JUDGE

January 23, 2019

Vanessa Potkin
Director of Post Conviction Litigation
Innocence Project
40 Worth Street, Ste. 701
New York, NY 10013

Dear Ms. Potkin:

CR 05-192 (JBW)

    I am sorry, but video tapes of sentencing were prepared for research and appeals. They may not be used for the purpose you suggest since videotaping of criminal proceedings are not yet permitted by the higher courts.

Sincerely yours,

Jack B. Weinstein
Sr. U.S. District Judge

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 29 2019 ★

BROOKLYN OFFICE

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
40 Worth Street, Suite 701
New York, NY 10013

Tel 212.364.5340
Fax 212.364.5341
www.innocenceproject.org

January 14, 2019

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**Via Fax (718-613-2527)**

        Re:     Videotape of Proceedings
                   June 5, 2006 & March 6, 2009

Dear Judge Weinstein:

      The Innocence Project represented Barry Gibbs who was exonerated in 2005 after spending nineteen years in prison for a murder he did not commit. Mr. Gibbs passed away last March, unexpectedly.

      As I believe you know, Louis Eppolito, who was tried and convicted for unrelated charges in your Court, was one of the officers involved in Mr. Gibbs' wrongful conviction. Mr. Gibbs attended Mr. Eppolito's initial sentencing on June 5, 2006, and ultimately was given the opportunity to address the Court at the re-sentencing on March 2, 2009. Being able to address the Court was a profound, life altering moment for Mr. Gibbs, which he frequently described and referred to as bringing him a sense of closure that even his financial compensation had not.

      A documentary is underway which focuses on Mr. Gibbs' life after his exoneration, and the psychological impact of wrongful imprisonment. The documentary is being executively produced by Katie Couric. We have copies of the transcripts of proceedings, and understand from those that a portion of the Court's proceedings those days were videotaped. The production company is seeking access to/a copy of the videotapes of the portions of proceedings that exist for June 5, 2006 and March 2, 2009. We appreciate your consideration of this request.

Benjamin N. Cardozo School of Law, Yeshiva University

**Innocence Project, Inc.**
January 14, 2019
Page 2



Should you need any further information, I can be contacted at 212-364-5359 or by email vpotkin@innocenceproject.org.

Sincerely,

Vanessa Potkin
Director of Post-Conviction Litigation