
**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 19 2019 ★

BROOKLYN OFFICE

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

9300 South Wilmot Road
Tucson, Arizona 85706

November 4, 2019

Hon. Jack B. Weinstein
United States Senior District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

RE: EPPOLITO, Louis
    Register. No.: 04596-748
    Docket No.: 05-CR-192

Dear Judge Weinstein:

I regret to inform you that Mr. Eppolito died on Sunday, November 3, 2019. His death resulted from respiratory cardiac arrest.

Mr. Eppolito was sentenced in the Eastern District of New York to serve Life for Racketeering, Money Laundering and Possession With Intent to Distribute Methamphetamine. He was 71 years old at the time of his death.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

B. von Blanckensee
Complex Warden

cc:   Gene Beasley, Regional Director
      Western Regional Office

      Vita Quartara, Acting Chief United States Probation Officer
      Eastern District of New York

